IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | |
| KYLE RAMSTETTER; | Case No. 1:23-cr-27-RDA |
| CHRISTIAN KIRSCHNER, | Case No. 1:23-cr-36-RDA |
| Defendants. | |

**MOTION FOR LEAVE TO FILE
VICTIM IMPACT STATEMENT
ON BEHALF OF AMAZON.COM, INC.**

Amazon.com, Inc. ("Amazon" or the "Company") respectfully requests the Court's leave to file a victim impact statement regarding the government's Unopposed Motion to Dismiss in the above-referenced cases. As a victim in these criminal proceedings, and for the same reasons explained by IPI in its motion requesting the same permission, Amazon has the statutory right to be heard in connection with this matter. *See* 18 U.S.C. §§ 3771(a)(4), (e); Fed. R. Crim. P. 60 (discussing crime victims' "Right to Be Heard on Release, a Plea, or Sentencing"); IPI Partners, LLC's Motion for Leave to File a Victim Statement, *United States v. Kirschner*, No. 1:23-cr-36-RDA (E.D. Va. Jan. 11, 2024) (Dkt. 24). Amazon has attached a copy of its proposed statement as an exhibit to this motion.

Dated: January 12, 2024

Respectfully submitted,

*/s/ Michael R. Dziuban*
Patrick F. Stokes
George J. Hazel
Michael R. Dziuban (Va. State Bar No. 89136)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
pstokes@gibsondunn.com
ghazel@gibsondunn.com
mdziuban@gibsondunn.com

*Counsel for Amazon.com, Inc.*

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2024, a true and accurate copy of the foregoing was electronically filed and served via the Court's CM/ECF system on all counsel of record.

*s/ Michael R. Dziuban*
Michael R. Dziuban
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone:  (202) 955-8500
Facsimile:  (202) 467-0539
mdziuban@gibsondunn.com

*Counsel for Amazon.com, Inc.*